AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bates, John D. | U.S. District Court for the District of Columbia | 7/23/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Article III (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

333 Constitution Avenue NW
Washington, DC 20001

---

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 7/23/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Fordham Law School | 3/22/2011 - 3/24/2011 | New York, NY | Non-FJC Educational Seminar | Meals, lodging, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 7/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 7/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Account | A | Interest | J | T | | | | | |
| 2. Morgan Stanley Smith Barney - IRA - C: | | | | | | | | | |
| 3. -- Conoco Philipps - Common | A | Dividend | | | Sold | 01/14/11 | K | C | |
| 4. -- Auto Data Proc - Common | B | Dividend | K | T | | | | | |
| 5. -- Amer Cap Str (Ltd) - Common | | | J | T | | | | | |
| 6. -- Adobe Sys. Common | | None | J | T | | | | | |
| 7. -- Apple Inc. - Common | | None | K | T | | | | | |
| 8. -- Bank of Amer. - Common | A | Dividend | J | T | | | | | |
| 9. -- Bristol Myers Squibb - Common | B | Dividend | K | T | Buy | 07/18/11 | K | | |
| 10. -- BT Group PLC - Common | A | Dividend | J | T | | | | | |
| 11. -- Cisco Sys. Common | A | Dividend | K | T | | | | | |
| 12. -- Chevron Corp. Common | B | Dividend | K | T | | | | | |
| 13. -- CINN Financial Corp. Common | B | Dividend | K | T | | | | | |
| 14. -- Illinois Tool Works Common | B | Dividend | K | T | Buy (add'l) | 07/18/11 | K | | |
| 15. -- Dow Chem Common | A | Dividend | K | T | | | | | |
| 16. -- Dreyfus Money Market Fund | A | Interest | N | T | | | | | |
| 17. -- Enterprise Prod. - Common | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 7/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Fiserv Inc. - Common | | None | J | T | | | | | |
| 19. -- HP - Common | A | Dividend | K | T | | | | | |
| 20. -- Home Depot - Common | A | Dividend | K | T | Sold (part) | 01/31/11 | J | C | |
| 21. -- HCC Ins. Hldgs. - Common | A | Dividend | J | T | | | | | |
| 22. -- Int'l Game Tech. - Common | A | Dividend | J | T | | | | | |
| 23. -- JP Morgan Chase & Co. - Common | A | Dividend | K | T | | | | | |
| 24. -- Johnson & Johnson - Common | A | Dividend | K | T | | | | | |
| 25. -- L3 Communications - Common | A | Dividend | J | T | | | | | |
| 26. -- Marriott Int'l - Common | A | Dividend | K | T | | | | | |
| 27. -- McDonalds - Common | A | Dividend | K | T | | | | | |
| 28. -- MetLife - Common | A | Dividend | J | T | | | | | |
| 29. -- Morgan Stanley - Common | A | Dividend | J | T | | | | | |
| 30. -- Vodaphone Group - Common | B | Dividend | K | T | | | | | |
| 31. -- Omnicon - Common | A | Dividend | J | T | | | | | |
| 32. -- Pfizer - Common | A | Dividend | K | T | | | | | |
| 33. -- Pepsi Co. - Common | A | Dividend | K | T | Buy (add'l) | 07/18/11 | J | | |
| 34. -- Principal Fin'l - Common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 7/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- Procter & Gamble - Common | B | Dividend | K | T | | | | | |
| 36. -- Sempra Energy - Common | A | Dividend | J | T | | | | | |
| 37. -- Staples - Common | A | Dividend | J | T | | | | | |
| 38. -- CSX Corp. - Common | A | Dividend | K | T | Buy | 07/18/11 | K | | |
| 39. -- Marriott Vacations World - Common | | | J | T | Spinoff (from line 26) | 11/22/11 | J | | |
| 40. -- United Health - Common | A | Dividend | | | Sold | 05/17/11 | J | A | |
| 41. -- Verizon Common | B | Dividend | K | T | | | | | |
| 42. -- Am. Elec. Power - Preferred | A | Interest | | | Sold | 06/21/11 | K | A | |
| 43. -- Dominion Res. - Preferred | B | Interest | K | T | | | | | |
| 44. -- Prudential Fin'l - Preferred | B | Interest | K | T | | | | | |
| 45. -- XCEL Energy - Preferred | A | Interest | K | T | Sold (part) | 05/23/11 | K | B | |
| 46. Morgan Stanley Smith Barney - ▒▒▒ | | | | | | | | | |
| 47. -- AXA Equitable Life Annuity | | None | K | T | | | | | |
| 48. -- AES Corp. Common | | None | J | T | | | | | |
| 49. -- Amer. Tower Corp. - Class A | | None | J | T | | | | | |
| 50. -- Barclays Bank - Preferred | B | Dividend | K | T | | | | | |
| 51. -- Citibank Money Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 7/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -- Davita Inc. - Common | | None | J | T | | | | | |
| 53. -- Electronics for Imaging - Common | | None | J | T | | | | | |
| 54. -- Energy Transfer Ptns LP - Common | A | Dividend | J | T | | | | | |
| 55. -- UTS Gugg, Zacks Unit Inv. Trust | A | Dividend | K | T | Buy | 07/18/11 | K | | |
| 56. -- Fiserv Inc. Common | | None | K | T | | | | | |
| 57. -- Duke Energy Corp. - Common | A | Dividend | K | T | | | | | |
| 58. -- Halliburton Co. Illdgs. - Common | A | Dividend | J | T | | | | | |
| 59. -- Howard Cty., MD Bond | C | Interest | L | T | | | | | |
| 60. -- Intuit Inc. -- Common | A | Dividend | J | T | | | | | |
| 61. -- MD Dept. Housing & Comm. Dev . Bond | A | Interest | K | T | | | | | |
| 62. -- NY Comm. Bancorp - Common | A | Dividend | | | Sold | 10/25/11 | J | A | |
| 63. -- Prince Georges Cty, MD Bond | B | Interest | L | T | | | | | |
| 64. -- Powershares Ex-Traded Fund Dynamic Biotech & Genome | | None | J | T | | | | | |
| 65. -- Schwab Chs. Corp. - Common | A | Dividend | J | T | | | | | |
| 66. -- Time Warner - Common | A | Dividend | K | T | | | | | |
| 67. -- Unum Group - Common | A | Dividend | J | T | | | | | |
| 68. -- United Health Common | A | Dividend | K | T | Sold (part) | 09/15/11 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 7/23/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Univ. System MD Bond | A | Interest | K | T | | | | | |
| 70. -- Western Union Common | A | Dividend | J | T | | | | | |
| 71. -- Wash. Sub. San. Dt. MD Bond | B | Interest | L | T | | | | | |
| 72. -- Bristol Myers Squibb - Common | A | Dividend | | | Sold | 07/18/11 | J | A | |
| 73. Morgan Stanley Smith Barney - IRA - J: | | | | | | | | | |
| 74. -- AT&T Inc. Common | B | Dividend | K | T | | | | | |
| 75. -- Cameron Int'l Common | | None | J | T | | | | | |
| 76. -- Centerpoint Energy Common | A | Dividend | J | T | | | | | |
| 77. -- Colgate Palmolive Common | B | Dividend | K | T | | | | | |
| 78. -- Conagra Foods Common | A | Dividend | J | T | Buy | 07/18/11 | J | | |
| 79. -- Dreyfus Money Market Fund | A | Interest | J | T | | | | | |
| 80. -- HCC Ins. Holdings - Common | A | Dividend | J | T | | | | | |
| 81. -- Hain Celestial Group - Common | | None | J | T | | | | | |
| 82. -- IShares TR-DJ Transp. Index Fund | A | Dividend | J | T | | | | | |
| 83. -- IShares TR Global Ind. Index Fund | A | Dividend | K | T | Buy | 07/18/11 | J | | |
| 84. -- IShares Dow Jones US Health Care Providers Index Fund | A | Dividend | J | T | | | | | |
| 85. -- IBM Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 7/23/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -- JC Penney Common | A | Dividend | J | T | | | | | |
| 87. -- Medtronic Common | A | Dividend | K | T | | | | | |
| 88. -- Powershares Dynamic Semiconductors | A | Dividend | J | T | | | | | |
| 89. -- Powershares Dynamic Media Portfolio | A | Dividend | J | T | | | | | |
| 90. -- Select Spector SPDR Energy | A | Dividend | K | T | Buy | 07/18/11 | J | | |
| 91. -- S&P NoAm Tech Software Index Fund | A | Dividend | J | T | | | | | |
| 92. -- SPDR Index SHS FDS DJ Wilshire Int'l Real Estate | A | Dividend | J | T | | | | | |
| 93. -- SPDR SER TR KBW CAP MKTS ETF | A | Dividend | J | T | | | | | |
| 94. -- SPDR SER TR KBW BK ETF | A | Dividend | J | T | | | | | |
| 95. -- SPDR SER TR KBW INS ETF | A | Dividend | J | T | | | | | |
| 96. -- United Tech Common | B | Dividend | K | T | | | | | |
| 97. -- Vanguard Consumer Staples ETF | A | Dividend | J | T | | | | | |
| 98. -- Vanguard Health Care ETF | A | Dividend | J | T | | | | | |
| 99. -- Vanguard Info Tech ETF | A | Dividend | J | T | | | | | |
| 100. -- Vanguard Int'l Equity (European) ETF | A | Dividend | J | T | | | | | |
| 101. TIAA CREF Ret. Acct. -C | | None | K | T | | | | | |
| 102. Wisconsin Energy Holding Common | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bates, John D. | 7/23/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 102 added, listing Wisconsin Energy Holding Common. This investment was inadvertently omitted from the prior report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John D. Bates**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544